# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN LEE KENNEDY,
                        Appellant,
        vs.
THE STATE OF NEVADA,
                        Respondent.

No. 76680

FILED

SEP 07 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing an appeal from a judgment entered in the justice court. Seventh Judicial District Court, White Pine County; Gary Fairman, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

---

[1]We take no action on the document filed August 27, 2018.

18-35005

cc:    Hon. Gary Fairman, District Judge
        Kevin Lee Kennedy
        Attorney General/Carson City
        White Pine County District Attorney
        White Pine County Clerk

